## BERT FILES v. DISTRICT JUDGE *et al.*

No. A-2918.  Opinion Filed April 24, 1917.

(164 Pac. 988.)

Prohibition by Bert Files against the District Judge and District Court of Garfield County. Demurrer to petition sustained, and writ denied.

See, also, *Ex parte Files, ante,* p. 163, 162 Pac. 1136.

*G. W. Buckner,* for petitioner.

*R. McMillan,* Asst. Atty. Gen., for respondent.

PER CURIAM. Petition for writ of prohibition against the district judge and district court of Garfield county, prohibiting further proceedings in two criminal cases, wherein petitioner was convicted, on the ground that by reason of former jeopardy said court had lost jurisdiction.

Demurrer to petition, interposed by counsel for the state, sustained, and writ denied.